

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                CHAPTER 13 CASE NO.:

CLAYTON CAMPBELL and
DEIDRA CAMPBELL                                  17-14204-JDW

### CONSENT ORDER AUTHORIZING PRE-CONFIRMATION
### DISBURSEMENT OF DOMESTIC SUPPORT OBLIGATIONS

THIS MATTER came before the Court upon the request of the parties for the entry of this consent order which would provide for pre-confirmation disbursement of funds to the recipient of a domestic support obligation. The consent agreement, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. Upon the filing of a proof of claim by Mississippi Department of Human Services ("DHS") and the receipt of timely plan payments from Debtor, Trustee shall disburse monthly amounts to DHS pursuant to the proposed Chapter 13 plan and proof of claim. Future disbursements will be contingent upon Trustee having adequate funds for such disbursement and shall continue until confirmation of the proposed plan.

2. Upon dismissal or conversion of this case to another chapter prior to the confirmation of the proposed Chapter 13 plan, all disbursements due under this order shall be paid to Creditor before any refund to Debtor

## END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

ROBERT H. LOMENICK MSB#104186
ATTORNEY FOR DEBTORS

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

2